

**ORDERED in the Southern District of Florida on April 22, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CAROLYNN M CARRION

                        CASE NO. 09-27457-JKO
                        CHAPTER 13

    Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM
AUTOMATIC STAY IN FAVOR OF CREDITOR,
U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS**
(Property Being Surrendered)

    This case came before the Court on April 20, 2001, for hearing upon the Motion For Relief From Automatic Stay or require Debtor(s) to provide adequate protection to Movant filed by Movant, U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS, on March 9, 2010, Docket No 40. The Court having considered said Motion, heard arguments of counsel, and being otherwise fully advised in the premises, it is

    ORDERED as follows:

    1. That the Motion of U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS for Relief from Automatic Stay is granted. Debtor is surrendering the said subject property to Movant.

2. The Automatic Stay imposed by 11 U.S.C. §362 is modified for the purpose of allowing Movant to commence its foreclosure as to the property described as:

**LOT 10, OF PARKWOOD HOMES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 125, PAGE 7, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA**

**a/k/a 9353 NW 53RD COURT, FORT LAUDERDALE, FL 33351**

and permitting Movant to offer and provide debtor with information regarding a potential Forebearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. The Debtor is not required to provide adequate protection to the Movant.

###

This order is submitted by DOUGLAS C. ZAHM, P.A., 18820 U.S. Highway 19 North, Suite 212, Clearwater, FL 33764, Telephone No. (727) 536-4911, Fax No. (727) 539-1094, dcz@dczahm.com, Carol A. Lawson, attorney for movant.

Douglas C. Zahm, P.A., attorney for movant is directed to serve copies of this order on the parties listed and file a certificate of service.

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 N, SUITE 212
CLEARWATER, FL 33764

FT. LAUDERDALE DIVISION
U.S. BANKRUPTCY TRUSTEE
51 S. W. FIRST AVENUE, SUITE 1204
MIAMI, FL 33130

CAROLYNN M CARRION
9353 NW 53RD COURT
FORT LAUDERDALE, FL 33351

LLOYD A. BARON, ESQUIRE
2825 UNIVERSITY DR #350
CORAL SPRINGS,, FL 33065

ROBIN R WEINER
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007